# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159646(49)

DANNY D. AULD, II, and TAMARA
AULD,
        Plaintiffs-Appellees,

v

MCLAREN REGIONAL MEDICAL CENTER,
GJON G. DUSHAJ, MD, and PAUL W.
BROWN, DO,
        Defendants-Appellants,
and

HATEM ATAYA, MD, and HATEM M.
ATAYA, MD, PC,
        Defendants.
_____/

SC: 159646
COA: 341335
Genesee CC: 13-101457-NH

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED.  The answer submitted on August 20, 2019, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2019            

                                            Clerk